# EXHIBIT D



# Global Crossing®

GC Bandwidth, Inc.

US TELESIS
JEFF DANIELS
200 N. WESTLAKE BL SUITE 104
WESTLAKE VILLAG   CA 91362-3755

|||||llllll|l|llll|ll|l|ll|l|l|ll|l|l|l|ll|ll|l|l|l|l|l|l|ll

## Invoice     Page  1 of  2

| | |
|---|---|
| Account Number | 0204581501 |
| Association | UEA2 |
| Invoice Number | 1000020166 |
| Cycle Date | Dec 15, 2005 |
| Invoice Date | Dec 17, 2005 |
| Period Ending | Dec 15, 2005 |
| Due Date | Jan 16, 2006 |
| **Total Amount Due  USD** | **141,813.86** |

For billing inquires call: 1 248 436 9432
Billing Contact - Melissa Tate

## Customer Messages

We hope you enjoy this new improved invoice format!

Remember to include your invoice number with all payments so that we can apply the amount directly to the invoice you specify

Prior period credits will now be provided via a Credit Memo. Credit Memos associated with this invoice can be retrieved via uCommand at www.ucommand.com

If you have any questions regarding this new invoice, please contact your Customer Support Manager.

## Previous Charges

| | |
|---|---|
| Previous Balance | 141,959.80 |
| Payments and Adjustments | 145.94 - |
| **Subtotal** | **141,813.86** |

## Current Month Activity

| | |
|---|---|
| Usage Charges | 0.00 |
| Circuit Charges | 0.00 |
| **Total Current Charges** | **0.00** |
| **Total Amount Due  USD** | **141,813.86** |

## Payment Information
*If paying by wire:*

Wire To:                     For Credit To:
US Bank                      Global Crossing Bandwidth, Inc
ABA Routing 042000013        Account 8058521

☑  Indicate invoice number being paid.



## Payments and Adjustments

| Description | Date | Amount | Description | Date | Amount |
|---|---|---|---|---|---|
| PAYMENT - THANK YOU | Nov 17 2005 | 107.77 - | PAYMENT - THANK YOU | Dec 05 2005 | 38.17 - |
| | | | Total | | 145.94 - |



GC Bandwidth, Inc.

US TELESIS
JEFF DANIELS
200 N. WESTLAKE BL SUITE 104
WESTLAKE VILLAG  CA 91362-3755

||l|...||.||..||...|.|.||.|.||..|.|.|.|.|.|||..||..|.|..|

# Invoice  Page 1 of 2

| | |
|---|---|
| Account Number | 0204581501 |
| Association | UEA2 |
| Invoice Number | 1000019203 |
| Cycle Date | Nov 15, 2005 |
| Invoice Date | Nov 17, 2005 |
| Period Ending | Nov 15, 2005 |
| Due Date | Dec 17, 2005 |
| **Total Amount Due  USD** | **141,959.80** |

For billing inquires call: 1 248 436 9432
Billing Contact - Melissa Tate

## Customer Messages

We hope you enjoy this new improved invoice format!

Remember to include your invoice number with all payments
so that we can apply the amount directly to the invoice you specify

Prior period credits will now be provided via a Credit Memo.
Credit Memos associated with this invoice can be retrieved via
uCommand at www.ucommand.com

If you have any questions regarding this new invoice,
please contact your Customer Support Manager.

## Previous Charges

| | |
|---|---|
| Previous Balance | 139,855.60 |
| Payments and Adjustments | 0.00 |
| **Subtotal** | **139,855.60** |

## Current Month Activity

| | |
|---|---|
| Ancillary Charges | 0.00 |
| Usage Charges | 38.17 |
| Circuit Charges | 0.00 |
| Late Payment Charge | 2,065.23 |
| Tax and Surcharge | 0.80 |
| **Total Current Charges** | **2,104.20** |
| **Total Amount Due  USD** | **141,959.80** |

## Payment Information
*If paying by wire:*

Wire To:                    For Credit To:
US Bank                     Global Crossing Bandwidth, Inc
ABA Routing 042000013       Account 8058521

☑  Indicate invoice number being paid.



## Ancillary Charges

| Description | Quantity | Effected Invoice Date | Amount | Description | Quantity | Effected Invoice Date | Amount |
|---|---|---|---|---|---|---|---|
| ELECTRONIC EXCHANGE | | Nov 15 2005 | 0 00 | VAL ACCT CODES | 1 | Nov 15 2005 | 0.00 |
| | | | | Total | | | 0.00 |

## Usage Charges

| Description | Calls | Minutes | Amount |
|---|---|---|---|
| ACC DIRECT SWITCHED OUTBOUND INTERSTATE | 375 | 734 54 | 12 5350 |
| ACC DIRECT SWITCHED OUTBOUND INTRASTATE | 105 | 436 54 | 17 1969 |
| ACC DIRECT SWITCHED OUTBOUND OFFSHORE | 3 | 3 42 | 0 5550 |
| ACC DIRECT SWITCHED OUTBOUND INTERNATIONAL | 25 | 69 24 | 7 3585 |
| ACC DIRECT SWITCHED INBOUND INTERSTATE | 4 | 15 12 | 0 3178 |
| ACC DIRECT SWITCHED INBOUND INTRASTATE | 4 | 3.18 | 0.1971 |
| TOTAL | 516 | 1,263 24 | 38 17 |


# Global Crossing®

GC Bandwidth, Inc.

US TELESIS
JEFF DANIELS
200 N. WESTLAKE BL SUITE 104
WESTLAKE VILLAG   CA 91362-3755

||.|....||..||..||....|.|.||.|.|..|.|.|.|.|||...||..|.|.|

# Invoice

| | Page | 1 of 2 |
|---|---|---|
| Account Number | | 0204581501 |
| Association | | UEA2 |
| Invoice Number | | 1000018213 |
| Cycle Date | | Oct 15, 2005 |
| Invoice Date | | Oct 19, 2005 |
| Period Ending | | Oct 15, 2005 |
| Due Date | | Nov 18, 2005 |
| **Total Amount Due  USD** | | **139,855.60** |

For billing inquires call: 1 248 436 9432
Billing Contact  - Melissa Tate

## Customer Messages

We hope you enjoy this new improved invoice format!

Remember to include your invoice number with all payments so that we can apply the amount directly to the invoice you specify.

Prior period credits will now be provided via a Credit Memo. Credit Memos associated with this invoice can be retrieved via uCommand at www.ucommand.com

If you have any questions regarding this new invoice, please contact your Customer Support Manager.

## Previous Charges

| | |
|---|---|
| Previous Balance | 137,802.68 |
| Payments and Adjustments | 120.08 - |
| **Subtotal** | **137,682.60** |

## Current Month Activity

| | |
|---|---|
| Ancillary Charges | 0.00 |
| Usage Charges | 107.77 |
| Circuit Charges | 0.00 |
| Late Payment Charge | 2,065.23 |
| **Total Current Charges** | **2,173.00** |
| **Total Amount Due  USD** | **139,855.60** |

## Payment Information
*If paying by wire:*

Wire To:                    For Credit To:
US Bank                     Global Crossing Bandwidth, Inc
ABA Routing 042000013       Account 8058521

☑  Indicate invoice number being paid.



## Payments and Adjustments

| Description | Date | Amount | Description | Date | Amount |
|---|---|---|---|---|---|
| PAYMENT - THANK YOU | Oct 04 2005 | 120.08 - | OTHER CLEARING | Oct 13 2005 | 120.08 |
| OTHER CLEARING | Oct 13 2005 | 120.08 - | | | |
| | | | Total | | 120.08 - |

## Ancillary Charges

| Description | Quantity | Effected Invoice Date | Amount | Description | Quantity | Effected Invoice Date | Amount |
|---|---|---|---|---|---|---|---|
| ELECTRONIC EXCHANGE | | Oct 15, 2005 | 0.00 | VAL ACCT CODES | 1 | Oct 15, 2005 | 0.00 |
| | | | | Total | | | 0.00 |

## Usage Charges

| Description | Calls | Minutes | Amount |
|---|---|---|---|
| ACC DIRECT SWITCHED OUTBOUND INTERSTATE | 471 | 978.24 | 19.5891 |
| ACC DIRECT SWITCHED OUTBOUND INTRASTATE | 87 | 271.54 | 10.2051 |
| ACC DIRECT SWITCHED OUTBOUND OFFSHORE | 3 | 10.06 | 1.5150 |
| ACC DIRECT SWITCHED OUTBOUND INTERNATIONAL | 98 | 306.36 | 73.9490 |
| ACC DIRECT SWITCHED INBOUND INTERSTATE | 9 | 26.30 | 0.6183 |
| ACC DIRECT SWITCHED INBOUND INTRASTATE | 17 | 28.12 | 1.8847 |
| TOTAL | 685 | 1,621.42 | 107.77 |



GC Bandwidth, Inc

STARDIRECT TELECOMM
JEFF DANIELS
200 N WESTLAKE BLVD STE 104
WESTLAKE VILLAG  CA 91362-3755

||..|...||..||..||....|.|..||.|..|.|.|..|.|.|||..||..|.|..|

## Invoice    Page 1 of 2

| | |
|---|---|
| Account Number | 0204252325 |
| Association | SDT2 |
| Invoice Number | 1000019197 |
| Cycle Date | Nov 15, 2005 |
| Invoice Date | Nov 17, 2005 |
| Period Ending | Nov 15, 2005 |
| Due Date | Dec 17, 2005 |
| **Total Amount Due  USD** | **1,136,953.11** |

For billing inquires call:  1 248 436 9432
Billing Contact  - Melissa Tate

## Customer Messages

We hope you enjoy this new improved invoice format!

Remember to include your invoice number with all payments
so that we can apply the amount directly to the invoice you specify

Prior period credits will now be provided via a Credit Memo.
Credit Memos associated with this invoice can be retrieved via
uCommand at www.ucommand.com

If you have any questions regarding this new invoice,
please contact your Customer Support Manager.

## Previous Charges

| | |
|---|---|
| Previous Balance | 1,106,456.31 |
| Payments and Adjustments | 75,000.00 - |
| **Subtotal** | **1,031,456.31** |

## Current Month Activity

| | |
|---|---|
| Ancillary Charges | 944.26 |
| Usage Charges | 93,302.01 |
| Circuit Charges | 0.00 |
| Late Payment Charge | 11,250.53 |
| **Total Current Charges** | **105,496.80** |
| **Total Amount Due  USD** | **1,136,953.11** |

## Payment Information
*If paying by wire:*

Wire To:                           For Credit To:
US Bank                           Global Crossing Bandwidth, Inc
ABA Routing 042000013   Account 8058521

☑  Indicate invoice number being paid.



## Payments and Adjustments

| Description | Date | Amount | Description | Date | Amount |
|---|---|---|---|---|---|
| PAYMENT - THANK YOU | Nov 01, 2005 | 75 000 00 - | | | |
| | | | Total | | 75,000.00 - |

## Ancillary Charges

| Description | Quantity | Effected Invoice Date | Amount | Description | Quantity | Effected Invoice Date | Amount |
|---|---|---|---|---|---|---|---|
| PICC | | Nov 15, 2005 | 4 58 | ELECTRONIC EXCHANGE | | Nov 15 2005 | 0 00 |
| CDROM DATA DELIVERY | | Nov 15. 2005 | 100 00 | TF NUMBERS | 12 | Nov 15 2005 | 4 44 |
| NON VAL ACCT CDE | 3 | Nov 15, 2005 | 0 00 | VAL ACCT CODES | 3 | Nov 15. 2005 | 0 00 |
| PAYPHONE SRCG | 287 | Nov 15 2005 | 149 24 | CST PROV TF FTRL | 684 | Nov 15, 2005 | 684 00 |
| GC PROV TF FTRL | 2 | Nov 15 2005 | 2 00 | | | | |
| | | | | Total | | | 944 26 |

## Usage Charges

| Description | Calls | Minutes | Amount |
|---|---|---|---|
| ACC DIRECT SWITCHED OUTBOUND INTERSTATE | 13 912 | 32,297 54 | 1 006 9325 |
| ACC DIRECT SWITCHED OUTBOUND INTRASTATE | 16,455 | 33.128 24 | 1,885 7479 |
| ACC DIRECT SWITCHED OUTBOUND OFFSHORE | 67 | 171.24 | 25 7100 |
| ACC DIRECT SWITCHED OUTBOUND DIRECTORY ASSISTANCE | 23 | 42 00 | 12 6500 |
| ACC DIRECT SWITCHED OUTBOUND INTERNATIONAL | 455 | 1,900 18 | 142 7623 |
| ACC DIRECT SWITCHED INBOUND INTERSTATE | 23 440 | 78,935 30 | 4,513 8488 |
| ACC DIRECT SWITCHED INBOUND INTRASTATE | 856 | 1,810 30 | 97 8004 |
| ACC DIRECT SWITCHED INBOUND OFFSHORE | 94 | 262 06 | 59 7993 |
| ACC DIRECT SWITCHED INBOUND CANADIAN ORIGINATION | 35 | 120 54 | 11 4855 |
| ACC DIRECT CARRIER TERMINATION OFFSHORE | 22 941 | 20 673 06 | 1 790 4136 |
| ACC DIRECT CARRIER TERMINATION DIRECTORY ASSISTANCE | 134 | 153 00 | 56 2800 |
| ACC DIRECT CARRIER TERMINATION SILVER INTERNATIONAL | 75 | 224 54 | 17 1896 |
| ACC DIRECT CARRIER TRANSPORT OFFSHORE | 58 | 189 06 | 28 2720 |
| ACC DIRECT CARRIER TRANSPORT CANADIAN ORIGINATION | 28 | 42 42 | 5 9576 |
| ACC DIRECT DEDICATED INTERSTATE | 80 556 | 27 265 24 | 199 6234 |
| ACC DIRECT DEDICATED INTRASTATE | 11 846 | 3 109 42 | 93 2453 |
| ACC DIRECT DEDICATED OFFSHORE | 525 | 810 54 | 83 8271 |
| ACC DIRECT DEDICATED DIRECTORY ASSISTANCE | 44 | 53 00 | 18 4800 |
| ACC DIRECT DEDICATED INTERNATIONAL | 10 | 5 24 | 0 2442 |
| ACC DIRECT DEDICATED INBOUND INTERSTATE | 1 | 1 48 | 0 0329 |
| ACC DIRECT DEDICATED INBOUND INTRASTATE | 4 | 30 06 | 1 0806 |
| ACCESS DIRECT CARRIER TERM INTERSTATE | 3 620,010 | 3,271,845 00 | 31 136 7121 |
| ACCESS DIRECT CARRIER TERM INTRASTATE | 1 021,473 | 2 390 383 54 | 52 038 2910 |
| ACCESS DIRECT CARRIER TRANSPORT INTERSTATE | 1 235 | 4,595 42 | 43 2207 |
| ACCESS DIRECT CARRIER TRANSPORT INTRASTATE | 1,008 | 2,462.30 | 32.3953 |
| TOTAL | 4,815,285 | 5,870,515 12 | 93,302.01 |



**GC Bandwidth, Inc.**

STARDIRECT TELECOMM
JEFF DANIELS
200 N WESTLAKE BLVD STE 104
WESTLAKE VILLAG  CA 91362-3755

# Invoice

Page 1 of 4

| | |
|---|---|
| Account Number | 0204252325 |
| Association | SDT2 |
| Invoice Number | 1000018212 |
| Cycle Date | Oct 15, 2005 |
| Invoice Date | Oct 19, 2005 |
| Period Ending | Oct 15, 2005 |
| Due Date | Nov 18, 2005 |
| **Total Amount Due USD** | **1,106,456.31** |

For billing inquires call: 1 248 436 9432
Billing Contact - Melissa Tate

## Customer Messages

We hope you enjoy this new improved invoice format!

Remember to include your invoice number with all payments
so that we can apply the amount directly to the invoice you specify

Prior period credits will now be provided via a Credit Memo.
Credit Memos associated with this invoice can be retrieved via
uCommand at www.ucommand.com

If you have any questions regarding this new invoice,
please contact your Customer Support Manager.

## Previous Charges

| | |
|---|---|
| Previous Balance | 975,035.76 |
| Payments and Adjustments | 150,000.00 - |
| **Subtotal** | **825,035.76** |

## Current Month Activity

| | |
|---|---|
| Ancillary Charges | 1,006.59 |
| Usage Charges | 261,488.43 |
| Circuit Charges | 6,550.00 |
| Late Payment Charge | 12,375.53 |
| **Total Current Charges** | **281,420.55** |
| **Total Amount Due USD** | **1,106,456.31** |

## Payment Information
*If paying by wire:*

Wire To:                        For Credit To:
US Bank                         Global Crossing Bandwidth, Inc
ABA Routing 042000013           Account 8058521

☑  Indicate invoice number being paid.


## Payments and Adjustments

| Description | Date | Amount | Description | Date | Amount |
|---|---|---|---|---|---|
| PAYMENT - THANK YOU | Sep 20 2005 | 50 000.00 - | PAYMENT - THANK YOU | Sep 30, 2005 | 50 000.00 - |
| PAYMENT - THANK YOU | Oct 14 2005 | 50 000.00 - | | | |
| | | | Total | | 150,000.00 - |

## Ancillary Charges

| Description | Quantity | Effected Invoice Date | Amount | Description | Quantity | Effected Invoice Date | Amount |
|---|---|---|---|---|---|---|---|
| PICC | | Oct 15, 2005 | 59 06 | ELECTRONIC EXCHANGE | | Oct 15 2005 | 0 00 |
| CDROM DATA DELIVERY | | Oct 15, 2005 | 100 00 | TF NUMBERS | 13 | Oct 15 2005 | 4 81 |
| NON VAL ACCT CDE | 3 | Oct 15, 2005 | 0 00 | VAL ACCT CODES | 3 | Oct 15 2005 | 0 00 |
| PAYPHONE SRCG | 261 | Oct 15, 2005 | 135 72 | INFO DIG SCR MRC | 17 | Oct 15, 2005 | 0 00 |
| CST PROV TF FTR | 2 | Oct 15, 2005 | 10 00 | CST PROV TF FTRL | 695 | Oct 15 2005 | 695 00 |
| GC PROV TF FTRL | 2 | Oct 15, 2005 | 2 00 | | | | |
| | | | | Total | | | 1,006 59 |

## Usage Charges

| Description | Calls | Minutes | Amount |
|---|---|---|---|
| ACC DIRECT SWITCHED OUTBOUND INTERSTATE | 17,460 | 41 271 12 | 1 251 9450 |
| ACC DIRECT SWITCHED OUTBOUND INTRASTATE | 19 632 | 37 916 30 | 2 179 5318 |
| ACC DIRECT SWITCHED OUTBOUND OFFSHORE | 90 | 215 36 | 32 3400 |
| ACC DIRECT SWITCHED OUTBOUND DIRECTORY ASSISTANCE | 24 | 41 00 | 13 2000 |
| ACC DIRECT SWITCHED OUTBOUND INTERNATIONAL | 609 | 2 480 54 | 192 7171 |
| ACC DIRECT SWITCHED INBOUND INTERSTATE | 22 034 | 81 120 42 | 4 670 8314 |
| ACC DIRECT SWITCHED INBOUND INTRASTATE | 1 010 | 2,181 36 | 128 0859 |
| ACC DIRECT SWITCHED INBOUND OFFSHORE | 138 | 358 06 | 84 7365 |
| ACC DIRECT SWITCHED INBOUND CANADIAN ORIGINATION | 61 | 230 18 | 21 8785 |
| ACC DIRECT CARRIER TERMINATION OFFSHORE | 33 780 | 27 851 42 | 2 416 8676 |
| ACC DIRECT CARRIER TERMINATION DIRECTORY ASSISTANCE | 233 | 262 00 | 97 8600 |
| ACC DIRECT CARRIER TERMINATION SILVER INTERNATIONAL | 168 | 367 00 | 24 5931 |
| ACC DIRECT CARRIER TRANSPORT OFFSHORE | 139 | 410 42 | 65 6135 |
| ACC DIRECT CARRIER TRANSPORT CANADIAN ORIGINATION | 8 | 49 00 | 6 8358 |
| ACC DIRECT DEDICATED INTERSTATE | 139 802 | 39 288 36 | 283 2484 |
| ACC DIRECT DEDICATED INTRASTATE | 30 167 | 6,494 06 | 109 3116 |
| ACC DIRECT DEDICATED OFFSHORE | 512 | 1 036 42 | 106 1002 |
| ACC DIRECT DEDICATED DIRECTORY ASSISTANCE | 76 | 88 00 | 31 9200 |
| ACC DIRECT DEDICATED INTERNATIONAL | 22 | 11 54 | 0 8846 |
| ACC DIRECT DEDICATED INBOUND INTRASTATE | 11 | 111 06 | 4 4734 |
| ACCESS DIRECT CARRIER TERM INTERSTATE | 5,249,902 | 5 245 589 24 | 55 303 5729 |
| ACCESS DIRECT CARRIER TERM INTRASTATE | 2,528 109 | 7 178 179 24 | 194,371 2909 |
| ACCESS DIRECT CARRIER TRANSPORT INTERSTATE | 1,554 | 5,920 00 | 51 3416 |
| ACCESS DIRECT CARRIER TRANSPORT INTRASTATE | 1,114 | 2 803 54 | 38 8258 |
| ACC DIRECT CARRIER TERMINATION INT'L DIRECTORY ASSISTANCE | 1 | 1.00 | 0.4200 |
| TOTAL | 8,046,656 | 12,674,280 24 | 261,488 43 |

## Circuit Charges

| | Service Description | | Start Date | Unit Charge | Amount |
|---|---|---|---|---|---|
| 0896850001 | WESTLAKE VILLA, CA | | | | |
| | DEDICATED VOICE - WESTLAKE VILLA | | | | |
| | FRO2000311233DS1 | US DED VOICE LOCAL LOOP ACF | Jul 18, 2002 | 100 00 | 100 00 |
| | FRO2000311233DS1 | US DED VOICE LOCAL LOOP CROSS CONNECT | Jul 18, 2002 | 95 00 | 95 00 |
| | FRO2000311236DV | US DEDICATED VOICE NETWORK DS1 | Jul 18 2002 | 50 00 | 50 00 |
| | TOTAL : DEDICATED VOICE - WESTLAKE VILLA | | | | 245 00 |
| | DEDICATED VOICE - WESTLAKE VILLA 2 | | | | |
| | FRO2000311234DS1 | US DED VOICE LOCAL LOOP ACF | Jul 18, 2002 | 100 00 | 100 00 |
| | FRO2000311234DS1 | US DED VOICE LOCAL LOOP CROSS CONNECT | Jul 18 2002 | 95 00 | 95 00 |



**Invoice**    Page 3 of 4

Account Number    0204252325
Association    SDT2
Invoice Number    1000018212

## Circuit Charges

| | Service Description | Start Date | Unit Charge | Amount |
|---|---|---|---|---|
| 0896850001 | WESTLAKE VILLA, CA (Continued ...) | | | |
| | FRO2000311237DV    US DEDICATED VOICE NETWORK DS1 | Jul 18, 2002 | 50.00 | 50.00 |
| | TOTAL : DEDICATED VOICE - WESTLAKE VILLA 2 | | | 245.00 |
| | TOTAL : WESTLAKE VILLA, CA | | | 490.00 |
| 0896850001 | TOTAL | | | 490.00 |
| 0896850047 | LOS ANGELES, CA | | | |
| | DEDICATED VOICE - LOS ANGELES | | | |
| | FRO2001111496DVS    US DEDICATED VOICE NETWORK DS3 | Feb 27 2003 | 95 00 | 95 00 |
| | FRO2001111497CT3    US DED VOICE LOCAL LOOP DS3 | Feb 27 2003 | 0 00 | 0 00 |
| | TOTAL : DEDICATED VOICE - LOS ANGELES | | | 95 00 |
| | TOTAL : LOS ANGELES, CA | | | 95 00 |
| 0896850047 | TOTAL | | | 95 00 |
| 0896850050 | PHOENIX, AZ | | | |
| | DEDICATED VOICE - PHOENIX | | | |
| | FRO2001109940DVS    US DEDICATED VOICE NETWORK DS1 | Jan 27 2003 | 95 00 | 95 00 |
| | FRO2001109941DS1    US DED VOICE LOCAL LOOP DS1 | Jan 27 2003 | 200 00 | 200.00 |
| | TOTAL : DEDICATED VOICE - PHOENIX | | | 295 00 |
| | DEDICATED VOICE - PHOENIX 2 | | | |
| | FRO2001109942DVS    US DEDICATED VOICE NETWORK DS1 | Jan 27, 2003 | 95 00 | 95 00 |
| | FRO2001109943DS1    US DED VOICE LOCAL LOOP DS1 | Jan 27 2003 | 200 00 | 200 00 |
| | TOTAL : DEDICATED VOICE - PHOENIX 2 | | | 295 00 |
| | DEDICATED VOICE - PHOENIX 3 | | | |
| | FRO2001109944DVS    US DEDICATED VOICE NETWORK DS1 | Jan 27 2003 | 95 00 | 95 00 |
| | FRO2001109945DS1    US DED VOICE LOCAL LOOP DS1 | Jan 27 2003 | 200 00 | 200 00 |
| | TOTAL : DEDICATED VOICE - PHOENIX 3 | | | 295 00 |
| | TOTAL : PHOENIX, AZ | | | 885.00 |
| 0896850050 | TOTAL | | | 885 00 |
| 0896850055 | TEMPE, AZ | | | |
| | DEDICATED VOICE - TEMPE | | | |
| | FRO2003007001DVS    US DEDICATED VOICE NETWORK DS1 | Jul 11 2003 | 0 00 | 0 00 |
| | FRO2003007002DS1    US DED VOICE LOCAL LOOP DS1 | Jul 11, 2003 | 304 00 | 304 00 |
| | TOTAL : DEDICATED VOICE - TEMPE | | | 304 00 |
| | TOTAL : TEMPE, AZ | | | 304.00 |
| 0896850055 | TOTAL | | | 304 00 |
| 0896850061 | LOS ANGELES, CA | | | |
| | DEDICATED VOICE - LOS ANGELES 2 | | | |
| | FRO2003005726DVS    US DEDICATED VOICE NETWORK DS3 | Jun 17, 2003 | 0 00 | 0 00 |
| | FRO2003005727CT3    US DED VOICE LOCAL LOOP DS3 | Jun 17 2003 | 0 00 | 0 00 |
| | TOTAL : DEDICATED VOICE - LOS ANGELES 2 | | | 0 00 |
| | DEDICATED VOICE - LOS ANGELES 3 - SHARED LOOP | | | |
| | FRO2003005728COL    US DEDICATED VOICE NETWORK DS3 | Jun 17 2003 | 0 00 | 0 00 |
| | TOTAL : DEDICATED VOICE - LOS ANGELES 3 - SHARED LOOP | | | 0 00 |
| | DEDICATED VOICE - LOS ANGELES 4 | | | |
| | FRO2003318293COL    US DEDICATED VOICE NETWORK DS3 | Aug 18 2004 | 0 00 | 0 00 |
| | TOTAL : DEDICATED VOICE - LOS ANGELES 4 | | | 0 00 |
| | DEDICATED VOICE - LOS ANGELES 6 - SHARED LOOP | | | |
| | FRO2003339792COL    US DED VOICE LOCAL LOOP DS3 | Oct 20 2004 | 0 00 | 0 00 |
| | TOTAL : DEDICATED VOICE - LOS ANGELES 6 - SHARED LOOP | | | 0 00 |
| | DEDICATED VOICE - LOS ANGELES 7 - SHARED LOOP | | | |
| | FRO2003339794COL    US DED VOICE LOCAL LOOP DS3 | Nov 17, 2004 | 0 00 | 0 00 |
| | TOTAL : DEDICATED VOICE - LOS ANGELES 7 - SHARED LOOP | | | 0 00 |
| | IP TRANSIT - LOS ANGELES - SHARED LOOP | | | |
| | FRO2003007400DIR    US FULL PIPE IP TRANSIT ACCESS DS1 | Jul 11 2003 | 250 00 | 250 00 |
| | TOTAL : IP TRANSIT - LOS ANGELES - SHARED LOOP | | | 250 00 |
| | IP TRANSIT - LOS ANGELES 2 - SHARED LOOP | | | |
| | FRO2003035674DIR    US FULL PIPE IP TRANSIT ACCESS DS1 | Dec 05, 2003 | 250 00 | 250 00 |
| | TOTAL : IP TRANSIT - LOS ANGELES 2 - SHARED LOOP | | | 250 00 |
| | TOTAL : LOS ANGELES, CA | | | 500 00 |
| 0896850061 | SANTA BARBARA, CA TO LOS ANGELES, CA | | | |
| | PRIVATE LINE - SANTA BARBARA TO LOS ANGELES | | | |
| | FRO2003339599PL3    US PL INTRASTATE IOC DS3 | Dec 24, 2004 | 500 00 | 500 00 |
| | FRO2003339600CT3    US PL INTRASTATE LL-A POP INTER DS3 | Dec 24 2004 | 263 00 | 263 00 |
| | FRO2003339601COL    US PL INTRASTATE LL-Z POP INTER DS3 | Dec 24, 2004 | 263 00 | 263 00 |
| | TOTAL : PRIVATE LINE - SANTA BARBARA TO LOS ANGELES | | | 1 026 00 |
| | TOTAL : SANTA BARBARA, CA TO LOS ANGELES, CA | | | 1,026 00 |


## Circuit Charges

| | Service Description | Start Date | Unit Charge | Amount |
|---|---|---|---|---|
| 0896850061 | SANTA BARBARA, CA TO LOS ANGELES, CA (Continued ...) | | | |
| 0896850061 | TOTAL | | | 1,526.00 |
| 0896850062 | NORTH CANTON, OH | | | |
| | DEDICATED VOICE - NORTH CANTON | | | |
| | FRO2003011080DVS  US DEDICATED VOICE NETWORK DS1 | Aug 14, 2003 | 0.00 | 0.00 |
| | FRO2003011081DS1  US DED VOICE LOCAL LOOP DS1 | Aug 14 2003 | 250.00 | 250.00 |
| | TOTAL : DEDICATED VOICE - NORTH CANTON | | | 250.00 |
| | DEDICATED VOICE - NORTH CANTON 2 | | | |
| | FRO2003011086DVS  US DEDICATED VOICE NETWORK DS1 | Aug 14, 2003 | 0.00 | 0.00 |
| | FRO2003011087DS1  US DED VOICE LOCAL LOOP DS1 | Aug 14 2003 | 250.00 | 250.00 |
| | TOTAL : DEDICATED VOICE - NORTH CANTON 2 | | | 250.00 |
| | TOTAL : NORTH CANTON, OH | | | 500.00 |
| 0896850062 | TOTAL | | | 500.00 |
| 0896850066 | LAS VEGAS, NV | | | |
| | DEDICATED VOICE - LAS VEGAS | | | |
| | FRO2003352517DS3  US DED VOICE LOCAL LOOP DS3 | Feb 10, 2005 | 700.00 | 700.00 |
| | TOTAL : DEDICATED VOICE - LAS VEGAS | | | 700.00 |
| | TOTAL : LAS VEGAS, NV | | | 700.00 |
| 0896850066 | TOTAL | | | 700.00 |
| 0896850067 | LOS ANGELES, CA TO SEATTLE, WA | | | |
| | PRIVATE LINE - LA TO SEATTLE - SHARED LOOP | | | |
| | FRO2003352469CC3  US PL METRO PREM SRVC OC3 | Jan 24, 2005 | 0.00 | 0.00 |
| | FRO2003352471PL3  US PL INTERSTATE IOC DS3 | Jan 24 2005 | 683.33 | 683.33 |
| | FRO2003352472CT3  US PL METRO PREM SRVC DS3 | Jan 24 2005 | 0.00 | 0.00 |
| | TOTAL : PRIVATE LINE - LA TO SEATTLE - SHARED LOOP | | | 683.33 |
| | PRIVATE LINE - LA TO SEATTLE - SHARED LOOP 2 | | | |
| | FRO2003352476PL3  US PL INTERSTATE IOC DS3 | Jan 24 2005 | 683.34 | 683.34 |
| | FRO2003352477CT3  US PL METRO PREM SRVC DS3 | Jan 24, 2005 | 0.00 | 0.00 |
| | TOTAL : PRIVATE LINE - LA TO SEATTLE - SHARED LOOP 2 | | | 683.34 |
| | PRIVATE LINE - LA TO SEATTLE - SHARED LOOP 3 | | | |
| | FRO2003352478PL3  US PL INTERSTATE IOC DS3 | Jan 24, 2005 | 683.33 | 683.33 |
| | FRO2003352479CT3  US PL METRO PREM SRVC DS3 | Jan 24 2005 | 0.00 | 0.00 |
| | TOTAL : PRIVATE LINE - LA TO SEATTLE - SHARED LOOP 3 | | | 683.33 |
| | TOTAL : LOS ANGELES, CA TO SEATTLE, WA | | | 2,050.00 |
| 0896850067 | TOTAL | | | 2,050.00 |
| | **GRAND TOTAL** | | | 6,550.00 |