UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

STAR DIRECT TELECOM, INC.,
a California corporation, et al.,

               Plaintiffs,

      v.

GLOBAL CROSSING BANDWIDTH, INC.,
a California corporation,

               Defendant.

_____

ORDER

05-CV-6734T

Defendant in the above-captioned matter having a filed a motion to preclude plaintiffs' evidence in support of damages claims arising from defendant's restriction of plaintiffs' "UK Traffic" (Docket # 101), and plaintiffs having filed a cross-motion to strike defendant's motion to preclude (Docket # 110), and this Court having reviewed the parties' submissions, and oral argument having been conducted on July 9, 2009, it is hereby

ORDERED, for the reasons explained more fully on the record by this Court on July 9, 2009, that

(1) defendant's motion to preclude (**Docket # 101**) is **DENIED**; however, plaintiffs shall reimburse defendant for the attorneys' fees and costs in connection with the instant motion to preclude;

(2) plaintiffs' motion to strike (**Docket # 110**) is **DENIED**; and

(3) the deadline for factual discovery shall be extended to **September 14, 2009**, for the limited purpose of permitting defendant to conduct further discovery concerning

plaintiffs' May 22, 2009 document production. Defendant shall notify plaintiffs by no later than July 23, 2009 of any perceived deficiencies with respect to the May 22, 2009 production.

**IT IS SO ORDERED.**

_Marian W Payson_
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
      July 13, 2009