# EXHIBIT H


**Spirit of Service**™

November 3, 2004
Invoice 632408071
Billing Cycle: 101-21

TELEMANAGEMENT SRVCS INC TSI
Account .60745207
Phone # 818-865-4300

Page 1 of 245

## Payment summary

| | |
|---|---:|
| Current gross charges | 324,182.19 |
| Discounts, Promotions, & Fees | -7,322.51 |
| Taxes and Surcharges | 0.67 |
| Current net charges | $316,860.35 |
| Previous balance | $648,482.19 |
| Payment(s) received, Thank you | -349,863.68 |
| Adjustments to previous balance | -2,200.00 |
| **Amount due** | **$613,278.86** |

### Contact Qwest

- Qwest values its wholesale customers. Because your business is so important to us, we have created special toll free numbers to address your inquiries. For assistance with billing or invoice inquiries, please call our Customer Financial Services Department at 1-888-496-7447.

- For service support or sales information, please call our Carrier/Reseller Support Team at 1-866-874-6790.

### Invoice contents
Account summaries............................ starts on page
Your account balance...................................... 3
Service summary.............................................. 8
12-month review of spending........................ 11
Custom Reports............................................. 12
Service detail................................................ 218

**FILE COPY**

## Qwest 207-MRC/NRC Breakdown - November 3, 2004

| Company | NRC | MRC | Discount | MRC w/discount |
|---|---|---|---|---|
| Telemanage | $0.00 | $18,463.00 | ($7,543.63) | $8,772.81 |
| Teledata | $775.00 | $34,352.76 | ($1,825.02) | $31,617.65 |
| US Telesis | $0.00 | $960.00 | $0.00 | $960.00 |
| Network | $0.00 | $200.00 | $0.00 | $200.00 |
| Totals | $775.00 | $53,975.76 | ($9,368.65) | $41,550.46 |

CONFIDENTIAL  SD-UST 3900

## Your Account Balance

**Current Gross Charges**
TELEMANAGEMENT SRVCS INC TSI 60745207        324,182.19
                                             $324,182.19

**Discounts, Promotions & Fees**             $-7,322.51

**Taxes and Surcharges**
State and Local Taxes                        0.67
Property Tax Surcharge                       0.00
                                             $0.87

**Current Net Charges**                      $318,860.35
**Previous Balance**                         $848,482.19
                                             $-349,863.68

**Payments Received**

**Adjustments**                              $-2,200.00

TELEMANAGEMENT SRVCS INC TSI  60745207

**Current Net Charges**

TELEMANAGEMENT SRVCS INC/TSI 115830673  Special Contract Pricing
Current gross charges                        250.00
                                             $250.00

TSI- 1-YEAR TERM 115830676  Qwest Express Data Services
Current gross charges                        2,454.00
Discounts, Promotions & Fees                 -759.10
                                             $1,694.90

TSI- 2 YEAR TERM 115830677  Qwest Express Data Services
Current gross charges                        16,462.00
Discounts, Promotions & Fees                 -8,259.99
                                             $8,202.01

TELEMANAGEMENT SRVCS INC TSI 116857867  ReQwest DAL
Current gross charges                        264,940.47
Discounts, Promotions & Fees                 2,249.14
State and Local Taxes                        0.53
Property Tax Surcharge                       0.00
                                             $267,190.14

---

## Your Account Balance   (continued)

### TELEMANAGEMENT SRVCS INC  TSI  60745207

**Current Net Charges  (continued)**

DIA - (9/16/02 - OMR# 66745)  116876839  Wholesale DIA
Current gross charges                        745.00
Discounts, Promotions & Fees                 -99.00
                                             $646.00

TELEMANAGEMENT 117581575  Qwest Express SeLECt 8XX
Current gross charges                        28,472.0?
Discounts, Promotions & Fees                 -20?
State and Local Taxes                        0.14
Property Tax Surcharge                       0.00
                                             $28,270.05

PL - (3/19/03 - OMR# 77757)  117683003  Wholesale Private Line
Current gross charges                        3,508.00
Discounts, Promotions & Fees                 -250.56
Property Tax Surcharge                       0.00
                                             $3,257.44

DIA 1YR OMR 89287 (10/17/03)  119708015  Wholesale DIA US3
Current gross charges                        2,506.80
                                             $2,506.80

DIA 1YR OMR 93487 (1/13/04)  120801885  Wholesale DIA US3
Current gross charges                        3,769.00
                                             $3,769.00

PAYPHONE WAIVER ONLY!!!!!!!!  124003317  Qwest Express SeLECt 8XX
Current gross charges                        1,073.
Property Tax Surcharge                       0.
                                             $1,073.90

**Total TELEMANAGEMENT SRVCS INC TSI Current Net Charges  $318,860.35**

**Payments and Adjustments**
Previous balances                            848,482.19
Promotion Adj (C) - 9/29/2004                -1,200.00
Promotion Adj (C) - 10/29/2004               -1,000.00
Payment Received - 10/19/2004 Thank You!     -99,863.68
Payment Received - 10/19/2004 Thank You!     -25,000.00
Payment Received - 10/19/2004 Thank You!     -25,000.00
Payment Received - 10/19/2004 Thank You!     -25,000.00



CONFIDENTIAL    SD-UST 3901

Qwest.
November 3, 2004
Invoice 632408071
TELEMANAGEMENT SRVCS IN
Account 60745207
Page 7 of 245

## Discounts, Promotions and Fees (continued)

### TELEMANAGEMENT SRVCS INC TSI 60745207

| | | |
|---|---|---|
| TELEMANAGEMENT 117581575 Qwest Express SeLECt 8XX | | |
| Subtotal | | $-203.00 |
| PL - (3/19/03 - OMR# 77757) 117683003 Wholesale Private Line | | |

| Description | Quantity | Amount |
|---|---|---|
| Dedicated Services | | |
| DS1-8643112 8% Discount | | -172.80 |
| DS1-8729125 8% Discount | | -77.76 |
| Subtotal | | $-250.56 |

**Total TELEMANAGEMENT SRVCS INC TSI**  $-7,322.51

---

## Service Summary

### All accounts

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Inbound Switched Dom | 613 | 1004:24 | $20.62 | $0.00 | $0.00 | $20.62 |
| Outbound Dedicated Dom | 957,681 | 13426541:06 | 178030.14 | 0.00 | 0.00 | 178030.14 |
| Outbound Dedicated Int'l | 114,285 | 185865:06 | 7143.18 | 0.00 | 0.00 | 7143.18 |
| Inbound Dedicated Dom | 2,457,131 | 5766400:54 | 73139.85 | 0.00 | 0.00 | 73139.85 |
| Inbound Dedicated Int'l | 10,234 | 16933:36 | 900.84 | 0.00 | 0.00 | 900.84 |
| Dedicated Services | | :00 | 0.00 | 1275.00 | 54168.31 | 55443.31 |
| Equipment/Other Charges | | | | 778.00 | 3.00 | 779.00 |
| Directory Assistance Ded-Ded | ,775 | 2191:48 | 976.25 | 0.00 | 0.00 | 976.25 |
| Toll Free Feature Charges | | :00 | 0.00 | 4270.00 | 3479.00 | 7749.00 |
| | 14,541,719 | 19398836:54 | $260,210.88 | $6,321.00 | $57,650.31 | $324,1 |

### TELEMANAGEMENT SRVCS INC TSI 60745207

**TELEMANAGEMENT SRVCS INC/TSI 115830673**

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $250.00 | $250.00 |
| | | :00 | $0.00 | $0.00 | $250.00 | $250.00 |

**TSI- 1 YEAR TERM 115830676**

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $2454.00 | $2454.00 |
| | | :00 | $0.00 | $0.00 | $2,454.00 | $2,454.00 |

**TSI- 2 YEAR TERM 115830877**

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $16482.00 | $16,482.00 |
| | | :00 | $0.00 | $0.00 | $16,482.00 | $16,482.00 |

**TELEMANAGEMENT SRVCS INC TSI 116957887**

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Inbound Switched Dom | 474 | 634:42 | $17.91 | $0.00 | $0.00 | $17.91 |
| Outbound Dedicated Dom | 957,681 | 13426541:06 | 178030.14 | 0.00 | 0.00 | 178030.14 |
| Outbound Dedicated Int'l | 114,285 | 185865:06 | 7143.18 | 0.00 | 0.00 | 7143.18 |
| Inbound Dedicated Dom | 1,225,018 | 3584691:30 | 51144.59 | 0.00 | 0.00 | 51144.59 |
| Inbound Dedicated Int'l | 3,046 | 5416:36 | 324.89 | 0.00 | 0.00 | 324.89 |
| Dedicated Services | | :00 | 0.00 | 775.00 | 25249.41 | 26024.41 |
| Equipment/Other Charges | | | | 500.00 | 3.00 | 503.00 |
| Directory Assistance Ded-Ded | ,775 | 2191:48 | 976.25 | 0.00 | 0.00 | 976.25 |



**Qwest.**

November 3, 2004
Invoice 632408071

TELEMANAGEMENT SRVCS IN
Account 60745207

## Service Summary (continued)

### TELEMANAGEMENT SRVCS INC TSI 60745207
### TELEMANAGEMENT SRVCS INC TSI 118957867

| | Calls/<br>Users/Ports | Min:Sec | Usage<br>Charges | Nonrecurring<br>Charges | Monthly<br>Charges | Total<br>Charges |
|---|---|---|---|---|---|---|
| Toll Free Feature Charges | :00 | | $0.00 | $0.00 | $776.00 | $776.00 |
| | 13,302,279 | 17205340:46 | $237,637.06 | $1,275.00 | $26,028.41 | $264,940.47 |

### DIA - (9/16/02 - OMR# 66715) 116976839

| | Calls/<br>Users/Ports | Min:Sec | Usage<br>Charges | Nonrecurring<br>Charges | Monthly<br>Charges | Total<br>Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | :00 | | $0.00 | $0.00 | $745.00 | $745.00 |
| | | :00 | $0.00 | $0.00 | $745.00 | $745.00 |

### TELEMANAGEMENT 117581575

| | Calls/<br>Users/Ports | Min:Sec | Usage<br>Charges | Nonrecurring<br>Charges | Monthly<br>Charges | Total<br>Charges |
|---|---|---|---|---|---|---|
| Inbound Switched Dom | 139 | 369:42 | $2.71 | $0.00 | $0.00 | $2.71 |
| Inbound Dedicated Dom | 1,182,046 | 2068546:24 | 20921.36 | 0.00 | 0.00 | 20921.36 |
| Inbound Dedicated Int'l | 7,188 | 11517:00 | 575.85 | 0.00 | 0.00 | 575.85 |
| Equipment/Other Charges | | :00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Toll Free Feature Charges | | :00 | 0.00 | 4270.00 | 2703.00 | 6973.00 |
| | 1,189,373 | 2080433:06 | $21,499.92 | $4,270.00 | $2,703.00 | $28,472.92 |

### PL - (3/19/03 - OMR# 77757) 117663003

| | Calls/<br>Users/Ports | Min:Sec | Usage<br>Charges | Nonrecurring<br>Charges | Monthly<br>Charges | Total<br>Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | :00 | | $0.00 | $0.00 | $3508.00 | $3508.00 |
| | | :00 | $0.00 | $0.00 | $3,508.00 | $3,508.00 |

### DIA 1YR OMR 89297 (10/17/03) 119708015

| | Calls/<br>Users/Ports | Min:Sec | Usage<br>Charges | Nonrecurring<br>Charges | Monthly<br>Charges | Total<br>Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | :00 | | $0.00 | $500.00 | $1730.90 | $2230.90 |
| Equipment/Other Charges | :00 | | 0.00 | 276.00 | 0.00 | 276.00 |
| | | :00 | $0.00 | $776.00 | $1,730.90 | $2,506.90 |

### DIA 1YR OMR 93497 (1/13/04) 120801885

| | Calls/<br>Users/Ports | Min:Sec | Usage<br>Charges | Nonrecurring<br>Charges | Monthly<br>Charges | Total<br>Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | :00 | | $0.00 | $0.00 | $3769.00 | $3769.00 |
| | | :00 | $0.00 | $0.00 | $3,789.00 | $3,789.00 |

## Service Summary (continued)

### TELEMANAGEMENT SRVCS INC TSI 60745207
### TELEMANAGEMENT SRVCS INC TSI 124403317
### PAYPHONE WAIVER ONLY||||||||||

| | Calls/<br>Users/Ports | Min:Sec | Usage<br>Charges | Nonrecurring<br>Charges | Monthly<br>Charges | Total<br>Charges |
|---|---|---|---|---|---|---|
| Inbound Dedicated Dom | 50,067 | 113163:00 | $1073.90 | $0.00 | $0.00 | $1073.90 |
| | 50,067 | 113163:00 | $1,073.90 | $0.00 | $0.00 | $1,073.80 |

CONFIDENTIAL   SD-UST 3903

Page 12 of 245

November 3, 2004  TELEMANAGEMENT SRVCS IN
Invoice 832408071  Account 60745207   Page 11 of 245

# Qwest

## 12-Month Review Of Spending

TELEMANAGEMENT SRVCS INC TSI 60745207



Year 2003 - 2004

| Year | Month | Total Spending |
|---|---|---|
| 2003 | NOV | $72,905.81 |
| 2003 | DEC | $77,052.85 |
| 2004 | JAN | $78,077.71 |
| 2004 | FEB | $105,223.74 |
| 2004 | MAR | $126,891.72 |
| 2004 | APR | $155,560.22 |
| 2004 | MAY | $154,913.20 |
| 2004 | JUN | $179,159.13 |
| 2004 | JUL | $182,371.15 |
| 2004 | AUG | $199,244.79 |
| 2004 | SEP | $317,232.99 |
| 2004 | OCT | $355,657.67 |
| 2004 | NOV | $318,860.35 |

## Custom Reports

| Report | starts on page |
|---|---|
| Usage summary | 13 |
| Service detail | |
| Dedicated Services | 218 |
|   TELEMANAGEMENT SRVCS INC | 218 |
|   TELEMANAGEMENT SRVCS INC/ | 218 |
|   TSI- 1 YEAR TERM | 218 |
|   TSI- 2 YEAR TERM | 219 |
|   TELEMANAGEMENT SRVCS INC | 223 |
|   DIA - (9/16/02 - OMR# 867 | 236 |
|   PL - (3/19/03 - OMR# 7775 | 237 |
|   DIA 1YR OMR 89297 (10/17/ | 237 |
|   DIA 1YR OMR 83497 (1/13/0 | 238 |
| Toll Free Feature Charges | 243 |
|   TELEMANAGEMENT.SRVCS INC | 243 |
|   TELEMANAGEMENT SRVCS INC | 243 |
|   TELEMANAGEMENT | 243 |
| Equipment/Other Charges | 245 |
|   TELEMANAGEMENT SRVCS INC | 245 |
|   TELEMANAGEMENT SRVCS INC | 245 |
|   TELEMANAGEMENT | 245 |
|   DIA 1YR OMR 89297 (10/17/ | 245 |

CONFIDENTIAL   SD-UST 3904