# EXHIBIT C



*Spirit of Service*™

November 3, 2004
Invoice 632408071
Billing Cycle: 101-21



TELEMANAGEMENT SRVCS INC TSI
Account 60745207
Phone # 818-865-4300

Contact Qwest

- Qwest values its wholesale customers. Because your business is so important to us, we have created special toll free numbers to address your inquiries. For assistance with billing or invoice inquiries, please call our Customer Financial Services Department at 1-888-496-7447.
- For service support or sales information, please call our Carrier/Reseller Support Team at 1-866-874-8790.

**Payment summary**

| | |
|---|---|
| Current gross charges | 324,182.19 |
| Discounts, Promotions, & Fees | -7,322.51 |
| Taxes and Surcharges | 0.67 |
| Current net charges | $316,860.35 |
| Previous balance | $848,482.19 |
| Payment(s) received, Thank you | -349,863.68 |
| Adjustments to previous balance | -2,200.00 |
| **Amount due** | **$813,278.86** |

Invoice contents

**Account summaries** ........ starts on page
Your account balance ........ 3
Service summary ........ 8
12-month review of spending ........ 11
Custom Reports ........ 12
Service detail ........ 218

FILE COPY

Please detach and mail bottom portion and your payment in the enclosed envelope

Qwest 207-MRC/NRC Breakdown - November 3, 2004

| Company | NRC | MRC | Discount | MRC w/discount |
|---|---|---|---|---|
| Telemanage | $0.00 | $18,463.00 | ($7,543.63) | $8,772.81 |
| Teledata | $775.00 | $34,352.76 | ($1,825.02) | $31,617.65 |
| US Telesis | $0.00 | $960.00 | $0.00 | $960.00 |
| Network | $0.00 | $200.00 | $0.00 | $200.00 |
| Totals | $775.00 | $53,975.76 | ($9,368.65) | $41,550.46 |

## Your Account Balance

| Current Gross Charges | |
|---|---|
| TELEMANAGEMENT SRVCS INC TSI 60745207 | 324,182.19 |
| | $324,182.19 |
| Discounts, Promotions & Fees | $-7,322.51 |

| Taxes and Surcharges | |
|---|---|
| State and Local Taxes | 0.67 |
| Property Tax Surcharge | 0.00 |
| | $0.67 |
| Current Net Charges | $318,860.35 |
| Previous Balance | $648,482.19 |
| Payments Received | $-349,863.68 |
| Adjustments | -$2,200.00 |
| Amount Due | [illegible] |

### TELEMANAGEMENT SRVCS INC TSI 60745207

Current Net Charges

| TELEMANAGEMENT SRVCS INC/TSI 115830673 Special Contract Pricing | |
|---|---|
| Current gross charges | 250.00 |
| | $250.00 |

| TSI- 1-YEAR TERM 115830676 Qwest Express Data Services | |
|---|---|
| Current gross charges | 2,454.00 |
| Discounts, Promotions & Fees | -759.10 |
| | $1,694.90 |

| TSI- 2 YEAR TERM 115830677 Qwest Express Data Services | |
|---|---|
| Current gross charges | 16,462.00 |
| Discounts, Promotions & Fees | -8,259.99 |
| | $8,202.01 |

| TELEMANAGEMENT SRVCS INC TSI 116957667 ReQwest DAL | |
|---|---|
| Current gross charges | 264,940.47 |
| Discounts, Promotions & Fees | 2,249.14 |
| State and Local Taxes | 0.53 |
| Property Tax Surcharge | 0.00 |
| | $267,190.14 |



## Your Account Balance (continued)

### TELEMANAGEMENT SRVCS INC TSI 60745207

Current Net Charges (continued)

| DIA - (9/16/02 - OMR# 86715) 118976839 Wholesale DIA | |
|---|---|
| Current gross charges | 745.00 |
| Discounts, Promotions & Fees | -89.00 |
| | $646.00 |

| TELEMANAGEMENT 117581575 Qwest Express SeLECt 8XX | |
|---|---|
| Current gross charges | 28,472.0- |
| Discounts, Promotions & Fees | -20[illegible] |
| State and Local Taxes | 0.14 |
| Property Tax Surcharge | 0.00 |
| | $28,270.05 |

| PL - (3/19/03 - OMR# 77757) 117683003 Wholesale Private Line | |
|---|---|
| Current gross charges | 3,508.00 |
| Discounts, Promotions & Fees | -250.56 |
| Property Tax Surcharge | 0.00 |
| | $3,257.44 |

| DIA 1YR OMR 89287 (10/17/03) 119708015 Wholesale DIA US3 | |
|---|---|
| Current gross charges | 2,506.90 |
| | $2,506.90 |

| DIA 1YR OMR 93497 (1/13/04) 120801885 Wholesale DIA US3 | |
|---|---|
| Current gross charges | 3,769.00 |
| | $3,769.00 |

| PAYPHONE WAIVER ONLY!!!!!!!!! 124003317 Qwest Express SeLECt 8XX | |
|---|---|
| Current gross charges | 1,073.[illegible] |
| Property Tax Surcharge | 0.[illegible] |
| | $1,073.90 |
| Total TELEMANAGEMENT SRVCS INC TSI Current Net Charges | $318,860.35 |

| Payments and Adjustments | |
|---|---|
| Previous balances | 648,482.19 |
| Promotion Adj (C) - 9/28/2004 | -1,200.00 |
| Promotion Adj (C) - 10/28/2004 | -1,000.00 |
| Payment Received - 10/19/2004 Thank You! | -99,863.68 |
| Payment Received - 10/19/2004 Thank You! | -25,000.00 |
| Payment Received - 10/19/2004 Thank You! | -25,000.00 |
| Payment Received - 10/19/2004 Thank You! | -25,000.00 |



Discounts, Promotions and Fees (continued)

**TELEMANAGEMENT SRVCS INC TSI 60745207**

TELEMANAGEMENT 117581575 Qwest Express SeLECt 8XX

| | |
|---|---|
| Subtotal | $-203.00 |

PL - (3/19/03 - OMR# 77757) 117583003 Wholesale Private Line

| Description | Quantity - | Amount |
|---|---|---|
| Dedicated Services | | |
| DS1-8643112 8% Discount | | -172.80 |
| DS1-8729125 8% Discount | | -77.76 |
| Subtotal | | $-250.56 |

| | |
|---|---|
| Total TELEMANAGEMENT SRVCS INC TSI | $-7,322.51 |



## Service Summary

All accounts

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Inbound Switched Dom | 613 | 1004:24 | $20.62 | $0.00 | $0.00 | $20.62 |
| Outbound Dedicated Dom | 1,957,681 | 13426541:06 | 178030.14 | 0.00 | 0.00 | 178030.14 |
| Outbound Dedicated Int'l | 114,285 | 185865:06 | 7143.18 | 0.00 | 0.00 | 7143.18 |
| Inbound Dedicated Dom | 2,457,131 | 5766400:54 | 73139.85 | 0.00 | 0.00 | 73139.85 |
| Inbound Dedicated Int'l | 10,234 | 16933:36 | 900.84 | 0.00 | 0.00 | 900.84 |
| Dedicated Services | | :00 | 0.00 | 1275.00 | 54168.31 | 55443.31 |
| Equipment/Other Charges | | :00 | 0.00 | 776.00 | 3.00 | 779.00 |
| Directory Assistance Ded-Ded | 4,775 | 2191:48 | 976.25 | 0.00 | 0.00 | 976.25 |
| Toll Free Feature Charges | | :00 | 0.00 | 4270.00 | 3479.00 | 7749.00 |
| | 14,541,719 | 19398936:54 | $260,210.88 | $6,321.00 | $57,650.31 | $324,1 |

**TELEMANAGEMENT SRVCS INC TSI 60745207**

TELEMANAGEMENT SRVCS INC/TSI 115830673

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $250.00 | $250.00 |
| | | :00 | $0.00 | $0.00 | $250.00 | $250.00 |

TSI- 1 YEAR TERM 115830676

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $2454.00 | $2454.00 |
| | | :00 | $0.00 | $0.00 | $2,454.00 | $2,454.00 |

TSI- 2 YEAR TERM 115830677

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $16462.00 | $164 |
| | | :00 | $0.00 | $0.00 | $16,462.00 | $16,462.00 |

TELEMANAGEMENT SRVCS INC TSI 116957887

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Inbound Switched Dom | 474 | 634:42 | $17.91 | $0.00 | $0.00 | $17.91 |
| Outbound Dedicated Dom | 1,957,681 | 13426541:06 | 178030.14 | 0.00 | 0.00 | 178030.14 |
| Outbound Dedicated Int'l | 114,285 | 185865:06 | 7143.18 | 0.00 | 0.00 | 7143.18 |
| Inbound Dedicated Dom | 1,225,018 | 3584691:30 | 51144.59 | 0.00 | 0.00 | 51144.59 |
| Inbound Dedicated Int'l | 3,046 | 5416:36 | 324.89 | 0.00 | 0.00 | 324.89 |
| Dedicated Services | | :00 | 0.00 | 775.00 | 25249.41 | 26024.41 |
| Equipment/Other Charges | | :00 | 0.00 | 500.00 | 3.00 | 503.00 |
| Directory Assistance Ded-Ded | 4,775 | 2191:48 | 976.25 | 0.00 | 0.00 | 976.25 |



Service Summary (continued)

**TELEMANAGEMENT SRVCS INC TSI 60745207**

TELEMANAGEMENT SRVCS INC TSI 116957867

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Toll Free Feature Charges | | :00 | $0.00 | $0.00 | $776.00 | $776.00 |
| | 13,302,279 | 17205340:48 | $237,637.06 | $1,275.00 | $26,028.41 | $264,940.47 |

DIA - (9/16/02 - OMR# 66715) 116976839

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $745.00 | $745.00 |
| | | :00 | $0.00 | $0.00 | $745.00 | $745.00 |

TELEMANAGEMENT 117581575

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Inbound Switched Dom | 139 | 369:42 | $2.71 | $0.00 | $0.00 | $2.71 |
| Inbound Dedicated Dom | 1,182,046 | 2068546:24 | 20921.36 | 0.00 | 0.00 | 20921.36 |
| Inbound Dedicated Int'l | 7,188 | 11517:00 | 575.85 | 0.00 | 0.00 | 575.85 |
| Equipment/Other Charges | | :00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Toll Free Feature Charges | | :00 | 0.00 | 4270.00 | 2703.00 | 6973.00 |
| | 1,189,373 | 2080433:06 | $21,499.92 | $4,270.00 | $2,703.00 | $28,472.92 |

PL - (3/19/03 - OMR# 77757) 117683003

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $3508.00 | $3508.00 |
| | | :00 | $0.00 | $0.00 | $3,508.00 | $3,508.00 |

DIA 1YR OMR 89297 (10/17/03) 119708015

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $500.00 | $1730.90 | $2230.90 |
| Equipment/Other Charges | | :00 | 0.00 | 276.00 | 0.00 | 276.00 |
| | | :00 | $0.00 | $776.00 | $1,730.90 | $2,506.90 |

DIA 1YR OMR 93497 (1/13/04) 120501885

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Dedicated Services | | :00 | $0.00 | $0.00 | $3769.00 | $3769.00 |
| | | :00 | $0.00 | $0.00 | $3,769.00 | $3,769.00 |



Service Summary (continued)

**TELEMANAGEMENT SRVCS INC TSI 60745207**

PAYPHONE WAIVER ONLY!!!!!!!!! 124003317

| | Calls/ Users/Ports | Min:Sec | Usage Charges | Nonrecurring Charges | Monthly Charges | Total Charges |
|---|---|---|---|---|---|---|
| Inbound Dedicated Dom | 50,087 | 113163:00 | $1073.90 | $0.00 | $0.00 | $1073.90 |
| | 50,087 | 113163:00 | $1,073.90 | $0.00 | $0.00 | $1,073.90 |

## 12-Month Review Of Spending

TELEMANAGEMENT SRVCS INC TSI 60745207



| Year | Month | Total Spending |
|---|---|---|
| 2003 | NOV | $72,905.81 |
| 2003 | DEC | $77,052.65 |
| 2004 | JAN | $78,077.71 |
| 2004 | FEB | $105,223.74 |
| 2004 | MAR | $126,391.72 |
| 2004 | APR | $155,560.22 |
| 2004 | MAY | $154,913.20 |
| 2004 | JUN | $179,159.13 |
| 2004 | JUL | $182,371.15 |
| 2004 | AUG | $199,244.79 |
| 2004 | SEP | $317,232.99 |
| 2004 | OCT | $355,657.67 |
| 2004 | NOV | $316,860.35 |



## Custom Reports

*Report* *starts on page*

Usage summary ..........13
**Service detail**
Dedicated Services ..........218
TELEMANAGEMENT SRVCS INC ..........218
TELEMANAGEMENT SRVCS INC/ ..........218
TSI- 1 YEAR TERM ..........218
TSI- 2 YEAR TERM ..........219
TELEMANAGEMENT SRVCS INC ..........223
DIA - (9/16/02 - OMR# 667 ..........236
PL - (3/19/03 - OMR# 7775 ..........237
DIA 1YR OMR 89297 (10/17/ ..........237
DIA 1YR OMR 93497 (1/13/0 ..........239
Toll Free Feature Charges ..........243
TELEMANAGEMENT SRVCS INC ..........243
TELEMANAGEMENT SRVCS INC ..........243
TELEMANAGEMENT ..........243
Equipment/Other Charges ..........245
TELEMANAGEMENT SRVCS INC ..........245
TELEMANAGEMENT SRVCS INC ..........245
TELEMANAGEMENT ..........245
DIA 1YR OMR 89297 (10/17/ ..........245